

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00093-CR

_____

DAVID LEE WILSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Sixth Judicial District Court
Lamar County, Texas
Trial Court No. 23660

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

David Lee Wilson has filed a notice of appeal from his conviction of aggravated sexual assault of a child.   On our review of the clerk's record, we noted that the trial court's certification of right of appeal stated that this was a plea agreement case and that Wilson has no right of appeal.

Unless a certification, showing that a defendant has the right of appeal, is in the record, we must dismiss the appeal.   *See* TEX. R. APP. P. 25.2(d).

Because the trial court's certification affirmatively shows Wilson has no right of appeal, and because the record before us does not reflect that the certification is incorrect, *see Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the appeal.

We dismiss the appeal for want of jurisdiction.


Jack Carter
Justice


Date Submitted:     June 15, 2010
Date Decided:       June 16, 2010

Do Not Publish